**KAPLAN FOX & KILSHEIMER LLP**
Justin B. Farar (SBN 211556)
12400 Wilshire Boulevard, Suite 910
Los Angeles, CA  90025
Telephone:  310-614-7260
Facsimile:  310-614-7260
Email:       *jfarar@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
Sophia V. Pintar (SBN 367193)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile:  415-772-4707
Email: *lking@kaplanfox.com*
       *mgeorge@kaplanfox.com*
       *breed@kaplanfox.com*
       *spintar@kaplanfox.com*

*Attorneys for Plaintiffs Caryn Hart, Clare Erslev,*
*Anise Ivey, and the Proposed Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CARYN HART, CLARE ERSLEV, and ANISE IVEY, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NIAGEN BIOSCIENCE, INC. and CHROMADEX, INC., <br><br> Defendants. | Case No. 2:26-cv-06647-WLH-CTS <br><br> Class Action <br><br> **NOTICE OF RELATED CASE** <br><br> **[Local Rule 83-1.3]** |

TO:   THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

In accordance with Local Rule 83-1.3, Plaintiffs Caryn Hart, Clare Erslev, and Anise Ivey hereby provide notice of a related case currently pending in the Central District of California. The case arises from the same or closely related transaction, happening, or event as their above entitled case, Case No. 2:26-cv-06647-WLH-CTS, filed on June 18, 2026 in this Court (the "*Hart* Action").

*Melissa Jacobs v. Niagen Bioscience, Inc., et al.,* No. 8:26-cv-01365-FWS-KES (C.D. Cal.) (the "*Jacobs* Action") was filed on May 28, 2026 and is presently before this Court and assigned to Judge Fred W. Slaughter. The *Hart* and *Jacobs* Actions call for determination of the same or substantially related or similar questions of law and fact, and would entail substantial duplication of labor if heard by different judges. A copy of the complaint filed in the *Jacobs* Action is attached hereto as **Exhibit 1**.

The *Hart* Action was filed against Defendants Niagen Bioscience, Inc. and Chromadex, Inc. ("Defendants") and asserts claims for Breach of Implied Warranty of Merchantability, Breach of Express Warranty, Unjust Enrichment, and violations of California's Unfair Competition Law, California's Consumers Legal Remedies Act, California's False Advertising Law, California's Song-Beverly Consumer Warranty Act, Maryland's Consumer Protection Act, and Arizona's Consumer Fraud Act. The *Jacobs* Action involves nearly identical causes of action. Furthermore, the facts allegedly giving rise to the *Hart* Plaintiffs' claims include the same facts underlying the *Jacobs* Action. Both actions involve the same Defendants, Niagen Bioscience, Inc. and ChromaDex, Inc., and both arise from Defendants' false and deceptive advertising of Defendants' TruNiagen NAD+ supplements.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: June 22, 2026

By: /s/ *Justin B. Farar*
   Justin B. Farar

Justin B. Farar (SBN 211556)
12400 Wilshire Boulevard, Suite 910
Los Angeles, CA  90025
Telephone:  310-614-7260
Facsimile:  310-614-7260
Email:       *jfarar@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
Sophia V. Pintar (SBN 367193)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile:  415-772-4707
Email: *lking@kaplanfox.com*
      *mgeorge@kaplanfox.com*
      *breed@kaplanfox.com*
      *spintar@kaplanfox.com*

*Attorneys for Plaintiffs Caryn Hart, Clare Erslev, Anise Ivey, and the Proposed Class*